UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTINA KNAPP and DOUGLAS : 
KNAPP
                                      :

     Plaintiff                  CIVIL ACTION NO. 3:20-694

                                      :

   v.
                                      :      (JUDGE MANNION)

UNITED STATES OF AMERICA,
                                      :

     Defendant

**ORDER**

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The government's motion to dismiss, (Doc. 3), is **GRANTED**;

**(2)** The complaint, (Doc. 1-2), is **DISMISSED WITH PREJUDICE**;

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE.**

                                            *s/ Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**DATED: March 8, 2021**
20-694-01-Order